IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
STEVEN ALLISON,                   §
     Petitioner,                  §
                                  §
VS.                               §    CIVIL ACTION NO.4:05-CV-100-Y
                                  §
COLE JETER, Warden,               §
FMC-Fort Worth,                   §
     Respondent.                  §
```

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Steven N. Allison, along with the July 11, 2005, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until August 2 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on July 11, 2005. The Court concludes that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions, and for the alternative reasons set forth in Jeter's response, section II. The Court finds that the motion for class action should be denied for the reasons stated in Jeter's response at section III.

It is therefore ORDERED that the findings, conclusions and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that petitioner Allison's motion for class action [docket no. 3] be, and is hereby, DENIED.

It is further ORDERED that Allison's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be, and is hereby, DENIED.

SIGNED August 9, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE